IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> MPC Computers, LLC, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 08-12667(PJW) <br> (Jointly Administered) |

## NOTICE OF SECOND AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 16, 2010 AT 3:00 P.M. (EASTERN)

### UNCONTESTED MATTERS WITH CERTIFICATE OF NO OBJECTION:

1.  Debtors' Eighth Motion for Entry of an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 (Docket No. 1179; Filed on November 24, 2010)

    Related Documents:

    a.  Certificate of No Objection to Debtors' Eighth Motion for Entry of an Order Further Extending the Period Within Which the Debtors May Remove Actions Pursuant to 28 U.S.C. § 1452 and Federal Rule of Bankruptcy Procedure 9027 (Docket No. 1201; Filed on December 13, 2010)

    b.  Proposed Form of Order.

    Response Deadline: December 9, 2010 at 4:00 p.m.

    Status: A certificate of no objection has been filed. No hearing is required.

### UNCONTESTED MATTERS GOING FORWARD:

2.  Interim Fee Applications.

    Related Documents: See Index of Fee Applications Scheduled for Hearing on December 16, 2010 at 3:00 p.m. attached hereto as Exhibit A.

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are MPC Computers, LLC (6916); MPC Corporation (7562); GTG PC Holdings, LLC (6899); MPC-G, LLC (8015); MPC Solutions Sales, LLC (0213); MPC-Pro, LLC (3132); Gateway Companies, Inc. (1398); Gateway Pro Partners, LLC (9747); and Gateway Professional, LLC (8881).

[2] **Amended items appear in bold.**

Status: This matter is going forward.

**CONTESTED MATTERS**:

3.  Motion of Debtors and Debtors In Possession for an Order (I) Approving their Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Plan of Liquidation, Including: (A) Approving the Form and Manner of Distribution of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Form of Ballot, (E) Establishing the Deadline for Receipt of Ballots, and (F) Approving the Procedures for Vote Tabulations; (III) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief (Docket No. 702; Filed on January 21, 2010)

    Related Documents:

    a.  Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 605; Filed on November 19, 2009)

    b.  Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 606; Filed on November 19, 2009)

    c.  Amended Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1185; Filed on December 3, 2010)

    d.  Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1186; Filed on December 3, 2010)

    e.  Notice of Filing of (i) Amended Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code and (ii) Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1187; Filed on December 3, 2010)

    f.  **Second Amended Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1216; Filed on December 16, 2010)**

    g.  **Redline of Second Amended Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1217; Filed on December 16, 2010)**

h. **Second Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1218; Filed on December 16, 2010)**

i. **Redline of Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1218 ; Filed on December 16, 2010)**

Response Deadline:   February 12, 2010 at 4:00 p.m.

Objections/Responses Received:

f. Objection of Gateway, Inc. to Motion of Debtors and Debtors In Possession for an Order (I) Approving their Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Plan of Liquidation, Including: (A) Approving the Form and Manner of Distribution of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Form of Ballot, (E) Establishing the Deadline for Receipt of Ballots, and (F) Approving the Procedures for Vote Tabulations; (III) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief (Docket No. 736; Filed on February 12, 2010)

g. Objection of the Official Committee of Unsecured Creditors to Motion of Debtors and Debtors In Possession for an Order (I) Approving their Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Plan of Liquidation, Including: (A) Approving the Form and Manner of Distribution of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Form of Ballot, (E) Establishing the Deadline for Receipt of Ballots, and (F) Approving the Procedures for Vote Tabulations; (III) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief (Docket No. 740; Filed on February 18, 2010)

Status: The Debtors filed their original Plan and Disclosure Statement in November of 2009 and filed their Motion seeking approval of the Disclosure Statement in January of 2010. In February of 2010, the Official Committee of Unsecured Creditors and Gateway, Inc. filed objections to the Debtors' original Disclosure Statement. The matter has since been adjourned several times. On December 16, 2010, the Debtors filed a **Second** Amended Disclosure Statement and a **Second** Amended Plan. This matter is going forward with regard to the approval of the Debtors' **Second** Amended Disclosure Statement.

4. Debtors' First Omnibus Objection (Non-Substantive) to: (I) Amended and Superseded Claims; and (II) Duplicative Claims Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 949; Filed on October 20, 2010)

   Related Documents:

   a. Order Granting Debtors' First Omnibus Objection (Non-Substantive) to: (I) Amended and Superseded Claims; and (II) Duplicative Claims Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1171; Entered on November 22, 2010)

   Response Deadline: November 15, 2010 at 4:00 p.m.

   Objections/Responses Received:

   a. Response of Absolute Software Company to Debtors' First Omnibus Objection (Non-Substantive) to (I) Amended and Superseded Claims; and (II) Duplicative Claims Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1154; Filed on November 15, 2010)

   b. Informal Response by Samsung Electronics America, Inc.

   Status: An order was entered on November 22, 2010 granting the omnibus objection in part. This matter with respect to outstanding objection to the claim of Samsung Electrics America, Inc. is continued to the omnibus hearing scheduled on January 15, 2011 at 11:30 a.m. This matter with regard to the outstanding objection to the claim of Absolute Software Company ("Absolute") has been resolved in principle. Counsel for Absolute will submit the parties' agreement under to the Court under certification of counsel prior to or at the hearing.

5. Debtors' Second Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1143; Filed on November 12, 2010)

   Related Documents:

   a. Notice of Submission of Proofs of Claim in Connection with Debtors' Second Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1182; Filed on December 2, 2010)

   Response Deadline: December 9, 2010 at 4:00 p.m.

   Objections/Responses Received:

   b. Response of Timothy J. Traub (Docket No. 1172; Filed on November 22, 2010)

c.  Response of Intelligen LLC (Docket No. 1183; Filed on November 29, 2010)

d.  Response of Nicholas Bonte (Docket No. 1193; Filed on December 7, 2010)

e.  Response by the Tennessee Department of Revenue to the Debtors' Second Omnibus Objection to Claims (Docket No. 1196; Filed on December 9, 2010)

f.  Response of American Express Travel Related Services Company, Inc. to Debtors' Second Omnibus Objection to Claim Numbers 152, 596 and 597 (Docket No. 1197; Filed on December 9, 2010)

g.  Limited Withdrawal of Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to 11 USC Section 502, Fed.R.Bankr.P. 3007 and Del.Bankr.L.R. 3007-1 as to Proof of Claim Number 365 of Ronald J. O'Mara, PE, PC (Docket No. 1199; Filed on December 10, 2010)

h.  Limited Withdrawal of Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to 11 USC Section 502, Fed.R.Bankr.P. 3007 and Del.Bankr.L.R. 3007-1 as to Proof of Claim Number 1456 of Timothy J. Traub (Docket No. 1199; Filed on December 10, 2010)

i.  Limited Withdrawal of Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to 11 USC Section 502, Fed.R.Bankr.P. 3007 and Del.Bankr.L.R. 3007-1 as to Proof of Claim Number 1424 of the State of Tennessee Department of Revenue (Docket No. 1201; Filed on December 13, 2010)

j.  Limited Withdrawal of Debtors' Second Omnibus Objection to Claims (Non-Substantive) Pursuant to 11 USC Section 502, Fed.R.Bankr.P. 3007 and Del.Bankr.L.R. 3007-1 as to Proof of Claim Number 613 of Nicholas Bonte (Docket No. 1205; Filed on December 15, 2010)

Status: The objections to the claims of American Express Travel Related Services Company, Inc. and Intelligen LLC have been continued to the omnibus hearing scheduled on January 18, 2011 at 11:30 a.m. The objections to the claims Ronald J. O'Mara, PE, PC, Timothy J. Traub, the State of Tennessee Department of Revenue and Nicholas Bonte have been withdrawn by the Debtors without prejudice. The remaining matters are going forward. The Debtors intend to submit a revised form of order at the hearing.

Dated: December 16, 2010　　　　　　　　Respectfully submitted,
Wilmington, Delaware

REED SMITH LLP

By:  /s/ J. Cory Falgowski
　　　Richard A. Robinson (No. 5059)
　　　J. Cory Falgowski (No. 4546)
　　　Kathleen A. Murphy (No. 5215)
　　　1201 Market Street, Suite 1500
　　　Wilmington, DE 19801
　　　Telephone: (302) 778-7500
　　　Facsimile: (302) 778-7575

　　　Counsel for MPC Computers, LLC, *et al.*,
　　　Debtors and Debtors in Possession