# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MPC Computers, LLC | | |
| **Case Number:** | 08-12667-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 16, 2010 03:00 PM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus

**R / M #:**   1,221 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 - CNO filed and order signed
#2 - Omnibus Order signed
#3 - Revised Disclosure Statement and order due.  Confirmation hearing scheduled for 2/15/11 @ 9:30 a.m.
#4 - Certification of Counsel filed regarding claim of Absolute Software. Claim of Samsung Electronics continued to 1/18/11.
#5 - Order signed