# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MPC Computers, LLC, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 08-12667(PJW)<br>(Jointly Administered) |
| MPC Computers, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>[See List of Defendants on attached Exhibit A]<br><br>Defendant(s). | Adv. Proc. No. [See Exhibit A] (PJW) |
| The Official Committee of Unsecured Creditors of MPC Computers, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>[See List of Defendants on attached Exhibit B]<br><br>Defendant(s). | Adv. Proc. No. [See Exhibit B] (PJW) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 15, 2011 AT 9:30 A.M. (EASTERN)

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are MPC Computers, LLC (6916); MPC Corporation (7562); GTG PC Holdings, LLC (6899); MPC-G, LLC (8015); MPC Solutions Sales, LLC (0213); MPC-Pro, LLC (3132); Gateway Companies, Inc. (1398); Gateway Pro Partners, LLC (9747); and Gateway Professional, LLC (8881).

**CONTINUED MATTERS**:

1.  Debtors' Second Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1143; Filed on November 12, 2010)

    Related Documents:

    a.  Order Granting Debtors' Second Omnibus Objection (Non-Substantive) Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1225; Filed on December 16, 2010)

    Response Deadline: December 9, 2010 at 4:00 p.m.

    Objections/Responses Received:

    b.  Response of Intelligen LLC (Docket No. 1183; Filed on November 29, 2010)

    Status: An order was entered on December 16, 2010 granting the omnibus objection in part. The objection to the claim of Intelligen LLC has been continued to the omnibus hearing scheduled on March 31, 2011 at 9:30 a.m. All other matters have been resolved.

2.  Motion of Kalamazoo Valley Community College for Relief from the Automatic Stay and the Proposed Plan Injunction (Docket No. 1204; Filed on December 14, 2010)

    Related Documents: None to date.

    Response Deadline: February 8, 2011 at 4:00 p.m. (Extended to March 24, 2011)

    Objections/Responses Received: None to date.

    Status: This matter has been continued to the omnibus hearing scheduled on March 31, 2011 at 9:30 a.m.

**RESOLVED MATTERS**:

3.  Debtors' First Omnibus Objection (Non-Substantive) to: (I) Amended and Superseded Claims; and (II) Duplicative Claims Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 949; Filed on October 20, 2010)

    Related Documents:

    a.  Order Granting Debtors' First Omnibus Objection (Non-Substantive) to: (I) Amended and Superseded Claims; and (II) Duplicative Claims Pursuant to 11 U.S.C. § 502, Fed.R.Bankr.P. and Del.Bankr.L.R. 3007-1 (Docket No. 1171; Entered on November 22, 2010)

Response Deadline: November 15, 2010 at 4:00 p.m.

Objections/Responses Received:

b.  Informal Response by Samsung Electronics America, Inc.

Status: An order was entered on November 22, 2010 granting the omnibus objection in part. This matter as it relates to the outstanding objection to the claim of Samsung Electronics America, Inc. has been resolved. The parties expect to submit a stipulation and proposed form of order to the Court under certification of counsel. All other matters have been resolved.

4.  Motion of Ronald J. O'Mara, PE, PC for Allowance and Payment of Administrative Expense Claim (Docket No. 1280; Filed on January 25, 2011)

    Related Documents:

    a.  Certification of Counsel with Respect to Motion of Ronald J. O'Mara, PE, PC for Allowance and Payment of Administrative Expense Claim (Docket No. 1301; Filed on February 10, 2011)

    Response Deadline: February 8, 2011 at 4:00 p.m.

    Objections/Responses Received:

    b.  Informal response lodged by the Debtors

    Status: This matter has been resolved. Counsel for the movant has submitted a revised proposed order to the Court under certification of counsel.

**FEE APPLICATIONS:**

5.  Interim Fee Application Hearing

    Related Documents:   See Index of Fee Applications Scheduled for Hearing on February 15, 2011 at 9:30 a.m. attached hereto as Exhibit C.

    Status: A fee application binder was delivered to the Court on February 8, 2011. This matter is going forward.

6.  Final Fee Application Hearing for the Final Fee Application of Ehrhardt Keefe Steiner & Hottman PC, Accountants for the Purposes of Auditing the Debtors' 401(k) Plan, for Compensation for Services Rendered and Expenses Incurred for the Period February 9, 2009 through October 31, 2010 (Docket No. 1268; Filed on January 14, 2011)

- 3 -

Related Documents: See Item No. 6 on the Index of Fee Applications Scheduled for Hearing on February 15, 2011 at 9:30 a.m. attached hereto as Exhibit C.

Status: A fee application binder was delivered to the Court on February 8, 2011. This matter is going forward.

**CONTESTED MATTERS:**

7. Confirmation of Second Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1218; Filed on December 16, 2010)

    Related Documents:

    a. Revised Second Amended Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1233; Filed on December 21, 2010)

    b. Certification of Counsel Regarding Submission of (A) Revised Second Amended Disclosure Statement in Support of Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code; and (B) Revised Proposed Order (I) Approving the Debtors' Revised Second Amended Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Plan of Liquidation, Including: (A) Approving the Form and Manner of Distribution of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Form of Ballot, (E) Establishing the Deadline for Receipt of Ballots, and (F) Approving the Procedures for Vote Tabulations; (III) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief (Docket No. 1235; Filed on December 21, 2010)

    c. Order (I) Approving the Debtors' Revised Second Amended Disclosure Statement; (II) Establishing Procedures for Solicitation and Tabulation of Votes to Accept or Reject Their Plan of Liquidation, Including: (A) Approving the Form and Manner of Distribution of Solicitation Packages, (B) Approving the Form and Manner of Notice of the Confirmation Hearing, (C) Establishing a Record Date and Approving Procedures for Distribution of Solicitation Packages, (D) Approving Form of Ballot, (E) Establishing the Deadline for Receipt of Ballots, and (F) Approving the Procedures for Vote Tabulations; (III) Establishing the Deadline and Procedures for Filing Objections to Confirmation of the Plan; and (IV) Granting Related Relief (Docket No. 1241; December 22, 2010)

    d. Notice of Filing of Assumption Schedule in Connection with Debtors' Proposed Second Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries

Under Chapter 11 of the United States Bankruptcy Code (Docket No. 1290; Filed on February 4, 2011)

Response Deadline:   February 8, 2011 at 4:00 p.m. (Confirmation Objection Deadline)

Objections/Responses Received:

e. Objection by the Internal Revenue Service to the Second Amended Plan of Liquidation (Docket No. 1297; Filed on February 8, 2011)

f. Objection of Amerikit Technology Solutions, LLC and Amerikit Deployment Services, Inc. to Confirmation of Second Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries (Docket No. 1298; Filed on February 8, 2011)

g. Informal comments by the United States of America

h. Informal comments by Quanta

Status: This matter is going forward as a status conference.

8. Initial pretrial conferences in adversary proceedings filed by MPC Computers, LLC, *et al.* listed on the attached Exhibit A.

Related Documents:

a. Order Authorizing the Debtors and the Official Committee of Unsecured Creditors of the Debtors to Settle or Compromise Adversary Proceedings to Recover Property of the Estate with Limited Notice and Limited Hearings (Docket No. 1266; Entered on January 31, 2011)

b. Notice of Filing of Proposed Scheduling Order (Docket No. 1302; Filed on February 11, 2011)

Status: Debtors' counsel will present a proposed scheduling order at the hearing.

9. Initial pretrial conferences in adversary proceedings filed by The Official Committee of Unsecured Creditors of MPC Computers, LLC, *et al.*, listed on the attached Exhibit B.

Related Documents:

a. Order Authorizing the Debtors and the Official Committee of Unsecured Creditors of the Debtors to Settle or Compromise Adversary Proceedings to Recover Property of the Estate with Limited Notice and Limited Hearings (Docket No. 1266; Entered on January 31, 2011)

b.  Notice of Filing of Proposed Scheduling Order (Docket No. 1293; Filed on February 7, 2011)

Status: Counsel for the Committee will present a proposed scheduling order at the hearing.

Dated: February 11, 2011
Wilmington, Delaware

Respectfully submitted,

REED SMITH LLP

By: /s/ J. Cory Falgowski
Richard A. Robinson (No. 5059)
J. Cory Falgowski (No. 4546)
Kathleen A. Murphy (No. 5215)
Timothy P. Reiley, (No. 5435)
1201 Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575

Counsel for MPC Computers, LLC, *et al.*,
Debtors and Debtors in Possession