# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | MPC Computers, LLC, et al., | | |
| **Case Number:** | 08-12667-PJW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, FEBRUARY 15, 2011 09:30 AM   CRT#2, 6TH FL. | | |
| **Bankruptcy Judge:** | PETER J. WALSH | | |
| **Courtroom Clerk:** | LORA JOHNSON | | |
| **Reporter / ECR:** | MICHAEL MILLER | | |

## *Matter:*

Omnibus/fees

**R / M #:**   1,305 / 0

## *Appearances:*

See attached Court sign-in sheet

## *Proceedings:*

Hearing Held.
Agenda Items:
#1 & #2 - Continued to 3/31/11 @ 9:30 a.m.
#3 - Order signed on Stipulation for Settlement
#4 - Certification of Counsel and order signed
#5 - Omnibus order signed approving interim fee applications
#6 - Order signed
#7 - Confirmation hearing continued to 3/8/11 @ 9:30 a.m.
#8 - Scheduling Order signed regarding adversary proceedings filed by MPC Computers
#9 - Scheduling Order signed regarding adversary proceedings filed by the Official Committee of Unsecured Creditors