**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MPC Computers, LLC, *et al.*,[1]<br><br>            Debtors. | Chapter 11<br><br>Case No. 08-12667(PJW)<br>(Jointly Administered)<br><br>Re: Docket No. 1218<br><br>Confirmation Hearing Date: March 8, 2011 at 9:30 a.m. |

**NOTICE OF FILING OF PLAN SUPPLEMENT IN CONNECTION WITH DEBTORS'
PROPOSED SECOND AMENDED PLAN OF LIQUIDATION OF MPC
CORPORATION AND ITS SUBSIDIARIES UNDER CHAPTER 11 OF
THE UNITED STATES BANKRUPTCY CODE**

PLEASE TAKE NOTICE that on January 16, 2011, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the Second Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code (the "Plan"; D.I. 1218);

PLEASE TAKE FURTHER NOTICE that the Debtors' hereby file the following documents as a Plan Supplement:

- Exhibit A: Form of Liquidating Trust Agreement

- Exhibit B: Identity and Affiliation of Liquidating Trustee and Trust Oversight Committee

- Exhibit C: Proposed Findings of Fact, Conclusion of Law and Order Confirming Second Amended Plan of Liquidation of MPC Corporation and Its Subsidiaries Under Chapter 11 of the United States Bankruptcy Code

---

[1] The Debtors in these cases, along with the last four digits of their federal tax identification numbers are MPC Computers, LLC (6916); MPC Corporation (7562); GTG PC Holdings, LLC (6899); MPC-G, LLC (8015); MPC Solutions Sales, LLC (0213); MPC-Pro, LLC (3132); Gateway Companies, Inc. (1398); Gateway Pro Partners, LLC (9747); and Gateway Professional, LLC (8881).

| | |
|---|---|
| Dated: March 7, 2011<br>Wilmington, Delaware | Respectfully submitted,<br><br>REED SMITH LLP<br><br>By: /s/ J. Cory Falgowski<br>Richard A. Robinson (No. 5059)<br>J. Cory Falgowski (No. 4546)<br>1201 Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>Counsel for MPC Computers, LLC, *et al.*,<br>Debtors and Debtors in Possession |