**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

```
----------------------------------------------------------  x
In re:                                                      :  Chapter 11
                                                            :
MPC Computers, LLC, et al.,[1]                              :  Case No. 08-12667 (PJW)
                                                            :  (Jointly Administered)
                         Debtors.                           :
                                                            :
----------------------------------------------------------  x
```

**NOTICE OF: (1) OCCURRENCE OF PLAN EFFECTIVE DATE AND
(2) DEADLINES FOR ASSERTING ADMINISTRATIVE EXPENSE CLAIMS, REJECTION
DAMAGES CLAIMS AND PROFESSIONAL FEE CLAIMS**

**TO:     ALL PARTIES IN INTEREST**

**PLEASE TAKE NOTICE THAT**, on March 8, 2011, the Bankruptcy Court[2] entered the
Findings of Fact, Conclusions of Law and Order (the "Confirmation Order") Confirming Second
Amended Plan of Liquidation of MPC Corporation and its Subsidiaries under Chapter 11 of the
United States Bankruptcy Code (the "Plan"). Copies of the Confirmation Order [D.I. 1344] and the
Plan [D.I. 1218] may be accessed from the Debtors' claims agent, Logan & Company, Inc., 546
Valley Road, Upper Montclair, New Jersey 07043, via its website: http://www.loganandco.com or
via the Bankruptcy Court's website: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE THAT,** in accordance with the terms of the Plan,
the Plan became effective on May 12, 2011 (the "Effective Date"). All references in the Plan and the
Confirmation Order to the Effective Date are to May 12, 2011.

**PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Plan and the Confirmation
Order, the deadline for any entity to file a request for payment or allowance of an administrative
expense ("Request for Payment") entitled to priority under Sections 503(b) or 507(a)(2) of the
Bankruptcy Code that arose on or after the November 6, 2008, the Petition Date, but before the
Effective Date, is thirty (30) days after the Effective Date, i.e., **June 13, 2011 (the "Administrative
Claims Bar Date")**. A Request for Payment must be filed with the Clerk of the Bankruptcy Court
and served upon (i) the Liquidating Trustee, MPC Liquidating Trust c/o Steven D. Sass LLC, P.O.
Box 45, Clarksville, Maryland 21029, Attn: Steven D. Sass, (ii) counsel to the Liquidating Trustee,
Hahn & Hessen LLP, 488 Madison Avenue, New York, NY 10022, Attn: Mark S. Indelicato, and
(iii) Logan & Company, Inc., Attn: MPC Claims Department, 546 Valley Road, Upper Montclair,
New Jersey 07043, such as to be actually received on or before the Administrative Claims Bar Date
(i.e., June 13, 2011). You do not need to file a Request for Payment if your administrative expense

---

[1]       The Debtors in these cases, along with the last four digits of their federal tax identification numbers are MPC
Computers, LLC (6916); MPC Corporation (7562); GTG PC Holdings, LLC (6899); MPC-G, LLC (8015); MPC
Solutions Sales, LLC (0213); MPC-Pro, LLC (3132); Gateway Companies, Inc. (1398); Gateway Pro Partners, LLC
(9747); and Gateway Professional, LLC (8881).

[2]       Capitalized terms not defined herein shall have the meanings ascribed to them in the Confirmation Order.

has been paid, previously filed, or previously allowed by a Final Order of the Court.  **Any entity that is required to file a Request for Payment, but fails to do so by the Administrative Claims Bar Date, shall be forever barred, estopped and enjoined from asserting a Request for Payment against the Debtors or receiving any distribution under the Plan on account of any asserted administrative expense(s) and such Request for Payment shall not be enforceable against the Debtors, their Estates, the Liquidating Trust, the Liquidating Trustee, and their successors, their assigns or their Assets.**

  **PLEASE TAKE FURTHER NOTICE THAT,** pursuant to the Plan and Confirmation Order, except for any Executory Contract that was previously assumed or rejected by an order of the Court pursuant to Section 365 of the Bankruptcy Code, the deadline for any entity to file a Proof of Claim arising from the rejection of an Executory Contract under the Plan (a "Rejection Damages Claim"), which must be filed with the Court, with a copy served on the Liquidating Trustee, is thirty (30) days after the Effective Date, i.e., **June 13, 2011 (the "Rejection Damages Bar Date")** in accordance with the requirements set forth in Article VII.C of the Plan.  **Any entity that is required to file a Rejection Damages Claim, but fails to do so by the Rejection Damages Bar Date, shall be forever barred, estopped and enjoined from asserting a Rejection Damages Claim against the Debtors or receiving any distribution under the Plan on account of such Rejection Damages Claim and such Rejection Damages Claim shall not be enforceable against the Debtors, their Estates, the Liquidating Trust, the Liquidating Trustee, and their successors, their assigns or their Assets.**

  **PLEASE TAKE FURTHER NOTICE THAT,** any applications for payment of an administrative expense constituting a Professional Fee Claim must be filed and served in accordance with the requirements set forth in Article II.B.1.b of the Plan within forty-five (45) days after the Effective Date, i.e., **June 27, 2011 (the "Professional Fee Bar Date")**.  You do not need to file an application for payment if your Professional Fee Claim has been paid, previously filed, or previously allowed by a Final Order of the Court.  **Any entity that is required to file a Professional Fee Claim, but fails to do so by the Professional Fee Bar Date, shall be forever barred, estopped and enjoined from asserting a Professional Fee Claim against the Debtors or receiving any distribution under the Plan on account of such Professional Fee Claim and such Professional Fee Claim shall not be enforceable against the Debtors, their Estates, the Liquidating Trust, the Liquidating Trustee, and their successors, their assigns or their Assets.**

Dated:  May 12, 2011    **REED SMITH LLP**

          By:  /s/ J. Cory Falgowski      
           Richard A. Robinson, Esq.
           J. Cory Falgowski, Esq.
           1201 Market Street, Suite 1500
           Wilmington, DE 19801
           Phone:  (302) 778-7500
           Fax:  (302) 778-7575

           *Counsel for MPC Computers, LLC, et al.,*
           *Debtors and Debtors-in-Possession*